UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.B. PLUMBING AND HEATING OF VIRGINIA,
INC., et al,

                                    Plaintiffs,

                    -against-

YELLOWSTONE CAPITAL LLC, et al,

                                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/13/2022
```

1:21-cv-6386-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 13, 2022, the Court held a conference in this matter.  At the conference, counsel for Defendants Yellowstone Capital LLC, Capital Advance Services LLC, Caporly LLC, Yitzhak Stern, and Tsvi Davis represented to the Court that those defendants consent to arbitrate this matter. Counsel for Defendant David Glass represented that Mr. Glass does not consent to arbitrate, and Plaintiffs' counsel represented that Plaintiffs will voluntarily dismiss without prejudice their claims against Mr. Glass.

Accordingly, IT IS HEREBY ORDERED that, no later than October 27, 2022, Plaintiffs and Defendants Yellowstone, CAS, Caporly, Stern, and Davis shall file a stipulation regarding their agreement to proceed to arbitration.  Plaintiffs shall also file a notice of voluntary dismissal as to Defendant Glass by the same date.

**SO ORDERED.**

**Date:  October 13, 2022**
**        New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**