IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| J.B. PLUMBING AND HEATING OF VIRGINIA, INC., and JERRY BUSH, JR., individually on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>YELLOWSTONE CAPITAL, LLC; CAPITAL ADVANCE SERVICES LLC; CAPORLY LLC DAVID GLASS; YITZHAK D. STERN; TSVI H. DAVIS; AND THE JOHN AND JANE DOE INVESTORS,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: 1:21-cv-06386 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) AS TO <u>DEFENDANT, TSVI H. DAVIS</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the last remaining defendant, Tsvi H. Davis this action without prejudice and without costs.

Dated: July 15, 2024

SO ORDERED. The Clerk of Court respectfully is requested to close this case.

Date: July 16, 2024
New York, New York

_/s/ Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge

**WHITE AND WILLIAMS LLP**

By: _/s/ Shane R. Heskin_
Shane R. Heskin
Alex Corey
1650 Market Street, Suite 1800
One Liberty Place
Philadelphia, PA 19103
(215) 864-6329
heskins@whiteandwilliams.com
*Attorneys for Plaintiffs*

-1-